IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 07-1541-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| MANUEL de JESUS ZAMARRON-RUIZ, ) | |
| Defendant. ) | |

The Court has reviewed the pleadings, the Magistrate's Report and Recommendation and the Objections filed thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#38).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress (#12).

Current trial date of March 18, 2008 at 9:30 a.m. is **affirmed.**

DATED this 11th day of February, 2008.

Raner C. Collins
United States District Judge